# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CJ SOLUTIONS GROUPS, INC.,<br><br>                            Plaintiff,<br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                            Defendant. | Case No.:  19-CV-0863 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

    Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 16] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

    **IT IS SO ORDERED**.

Dated:  June 16, 2020

_____
Hon. Thomas J. Whelan
United States District Judge